B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–36654**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

　Philip A Gagerman
　9725 Woods Drive
　Skokie, IL 60201

Social Security / Individual Taxpayer ID No.:
　xxx–xx–0136

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

　　It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: <u>January 26, 2015</u>　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-36654-DRC
Philip A Gagerman                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet            Page 1 of 2              Date Rcvd: Jan 26, 2015
                               Form ID: b18               Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2015.
```
db            +Philip A Gagerman,    9725 Woods Drive,    Skokie, IL 60077-4441
22497163      +Armor Systms (Original Creditor:01 Villa,    1700 Kiefer Drive Suite 1,    Zion, IL 60099-5105
22497165      +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
22497170      +HP Holdings LLC,    Mark E. Leipold,    Gould & Ratner LLP,    222 N. LaSalle, Suite 800,
               Chicago, IL 60601-1086
22497171      +HP Holdings, LLC,    c/o Mark D. Brookstein, Esq.,    222 N. Lasalle Street, Suite 800,
               Chicago, IL 60601-1011
22649971      +HP Viceroy LLC,    c/o Mark E. Leipold,    Gould & Ratner LLP,    222 N. LaSalle, Suite 800,
               Chicago, IL 60601-1086
22497172      +HP Viceroy, LLC,    c/o Mark D. Brookstein, Esq.,    222 N. LaSalle Street, Suite 800,
               Chicago, IL 60601-1011
22497173      +Hugo Sonnenschein,    c/o Mark L. Brookstein, Esq.,    222 N. LaSalle Street,
               Chicago, IL 60601-1003
22649974      +Kankakee Currency Exchange LLC,    c/o Mark E. Leipold,    Gould & Ratner LLP,
               222 N. LaSalle, Suite 800,    Chicago, IL 60601-1086
22497174      +Kankakee Currency Exchange, LLC,    c/o Mark D. Brookstein, Esq.,
               222 North LaSalle Street, Suite 800,    Chicago, IL 60601-1011
22649907      +Meadowview Currency Exchange LLC,    c/o Mark E. Leipold,    Gould & Ratner LLP,
               222 N. LaSalle, Suite 800,    Chicago, IL 60601-1086
22497175       Meadowview Currency Exchange, LLC,    c/o Mark D. Brookstein, Esq.,
               222 N. La Salle Street, Suite 800,    Chicago, IL 60601-1011
22497176      +Michael Friedman,    7520 N. St. Louis Avenue,    Skokie, IL 60076-4034
22497177      +Milwaukee Dundee Currency Exchange,    c/o Mark D. Brookstein, Esq.,
               222 N. LaSalle Street, Suite 800,    Chicago, IL 60601-1011
22649976       Milwaukee Dundee Currency Exchange LLC,    c/o Mark E. Leipold,    Gould & Ratner LLP,
               222 N. LaSalle, Suite 800,    Chicago, IL 60601-1086
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QAJMAXWELL.COM Jan 27 2015 02:03:00      Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,
               105 West Adams Street,    Suite 3200,    Chicago, IL 60603-6209
22497162      +EDI: AMEREXPR.COM Jan 27 2015 02:03:00      American Express,    P.O Box 30384,
               Salt Lake City, UT 84130-0384
22497164       EDI: BANKAMER.COM Jan 27 2015 02:03:00      Bank Of America,    Po Box 982235,
               El Paso, TX 79998
22497166      +EDI: CAPITALONE.COM Jan 27 2015 02:03:00      Cap1/Neimn,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
22497167      +EDI: CHASE.COM Jan 27 2015 02:03:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
22497168      +EDI: CITICORP.COM Jan 27 2015 02:03:00      Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
22497169      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 27 2015 02:28:42      First Midwest Bank,
               One Pierce Place,    Suite 1500,    Itasca, IL 60143-1254
22497178      +E-mail/Text: bankruptcy@sw-credit.com Jan 27 2015 02:28:22
               Southwest Credit Syste (Original Credito,    4120 International Pkwy,
               Carrollton, TX 75007-1957
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22497179       Volkswagen Credit
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2015                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: adragonet            Page 2 of 2                  Date Rcvd: Jan 26, 2015
                              Form ID: b18               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2015 at the address(es) listed below:
          Andrew J Maxwell, ESQ   maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Eric G Zelazny   on behalf of Debtor Philip A Gagerman Eric@lwslaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 3